

**FIRST COURT OF APPEALS**
301 Fannin Street
Houston, Texas 77002-2066

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE >> PITNEY BOWES

Friday, August 07, 2015

ZIP 77002   $ 000.35⁰
02 1W
0001372104 AUG 07 2015

RE:  Case No. 01-15-00682-CV

Style: In re Adriene Sibley

        Please be advised that on this date the court filed relator's petition for writ of mandamus in the above cause.

T. C. Case # C150979                    Christopher A. Prine, Clerk of the Court

        Marquel Sautural
        700 Louisiana Street
        Houston, TX  77002

NIXIE        773   6E 1009        7208/11/15

        RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 77002206699        *2533-09670-07-39